| | |
|---|---|
| WILLIAM K. HARRINGTON<br>United States Trustee for Region 2<br>U.S. Department of Justice<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Tel. (212) 510-0500<br>By:    Serene Nakano<br>         Trial Attorney | <u>Hearing Date and Time:</u><br>**July 9, 2019 at 10:00 a.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                    :
                                                                              :    Case No.  19-10307(MG)
Claudine Attzs,                                                 :
                                                                              :    Chapter 7
                                                                              :
                         Debtor.                                 :
-------------------------------------------------------------x

## NOTICE OF MOTION AND MOTION FOR
## (1) DISMISSAL OF CHAPTER 7 CASE, OR (2) DIRECTING
## DEBTOR TO APPEAR AT MEETING OF CREDITORS AND
## EXTENDING THE TIME TO OBJECT TO THE DEBTOR'S DISCHARGE
## AND DISCHARGEABILITY OF DEBTS

     **NOTICE IS HEREBY GIVEN** that the Court has scheduled a hearing to consider the motion of William K. Harrington, the United States Trustee pursuant to Section 707(a) of the Bankruptcy Code, for: (1) dismissal of this Chapter 7 bankruptcy case or (2) pursuant to Rules 1017 and 4004(b) of the Federal Rules of Bankruptcy Procedure, extending the time to object to the Debtor's discharge and the dischargeability of the Debtor's debts. The hearing will be conducted by the Honorable James L. Garrity, U.S. Bankruptcy Judge, on July 9, 2019 at 10:00 a.m.. at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004.

     **PLEASE TAKE FURTHER NOTICE** that responsive papers, with proof of service, shall be filed with the Clerk of the Court, with copies delivered directly to Judge Garrity's chambers, and served on the U.S. Trustee at U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014

(Attn.: Serene Nakano, Esq.), so as to be received at least seven days before the hearing. If the Debtor does not appear at the hearing on this motion, the motion may be granted on default.

Dated: New York, New York
April 11, 2019

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By  */s/ Serene Nakano*
Serene Nakano
Trial Attorney

Upon the affirmation of Kenneth Silverman, the Chapter 7 Trustee, on file with the Court, the U.S. Trustee hereby moves, pursuant to Section 707(a) of the Bankruptcy Code, for an order dismissing the captioned case due to the unexcused failure of the Debtor to appear on March 5, 2019 and April 2, 2019, at the meeting of creditors mandated by Section 341(a) of the Bankruptcy Code; or directing the Debtor to appear on _____, 2019, at 10:00 a.m., for the required Section 341(a) meeting of creditors, and extending the time for the Chapter 7 Trustee and the U.S. Trustee to object to the Debtor's discharge and dischargeability of particular debts until 60 days following the above-referenced date for the Section 341(a) meeting.

Dated: New York, New York
April 11, 2019

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By  */s/ Serene Nakano*
Serene Nakano
Trial Attorney