

Andres Nunez
516.479.6369
ANunez@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

June 26, 2019

**By Electronic Case Filing**
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

        Re:    Claudine Attzs
                Chapter 7
                **Case No. 19-10307 (MG)**
                Our File No. 10001-418

Dear Sir/Madam:

Please allow this letter to withdraw the statements adjourning the §341(a) First Meeting of Creditors, which were inadvertently filed on May 8, 2019 and June 4, 2019.

I apologize for any inconvenience this may have caused.

Should you have any questions, please contact the undersigned.

Very truly yours,

*Andres Nunez*

Andres Nunez

AN
cc: Kenneth P. Silverman, Esq., the Chapter 7 Trustee (by e-mail)

AN/2308328/418